**Julia E. Markley**, Bar No. 000791
JMarkley@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

**David T. Biderman** *(pro hac vice to be filed)*
DBiderman@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000

**Charles C. Sipos** *(pro hac vice to be filed)*
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000

*Attorneys for Defendant Kettle Foods Holdings, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DOUGLAS PRESSNELL and JILL CLARK, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>KETTLE FOODS HOLDINGS, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 6:22-cv-00468-MK<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Fed. R. Civ. P. 7.1 |

1-   CORPORATE DISCLOSURE STATEMENT

156688883.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax:  +1.503.727.2222

Kettle Foods Holdings, Inc. does not have any parent corporations because it is not a presently existing entity. On February 1, 2021, Kettle Foods Holdings, Inc. merged into Snyder's-Lance, Inc. Snyder's-Lance, Inc. is an indirect wholly owned subsidiary of Campbell Soup Company (NYSE: CPB), a publicly traded corporation. Defendant's counsel has advised plaintiffs' counsel of the foregoing corporate structure via telephone call on April 28, 2022.

DATED: April 29, 2022

PERKINS COIE LLP

By: /s/ *Julia E. Markley*

**Julia E. Markley**, OSB No. 000791
JMarkley@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone:     +1.503.727.2000

**David T. Biderman** *(pro hac vice to be filed)*
DBiderman@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:     +1.415.344.7000

**Charles C. Sipos** *(pro hac vice to be filed)*
CSipos@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:     +1.206.359.8000

*Attorneys for Defendant Kettle Foods Holdings, Inc.*

2-   CORPORATE DISCLOSURE STATEMENT

156688883.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222