**Keith S. Dubanevich,** OSB No. 975200
**Cody Berne**, OSB No. 142797
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone:   (503) 227-1600
Facsimile:   (503) 227-6840
Email:          kdubanevich@stollberne.com
                    cberne@stollberne.com

**Steffan T. Keeton,** (*pro hac vice* forthcoming)
THE KEETON FIRM LLC
100 S Commons, Suite 102
Pittsburgh, PA 15212
Telephone:   (888) 412-5291
Email:          stkeeton@keetonfirm.com

*Attorneys for Plaintiffs and the Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| DOUGLAS PRESSNELL and JILL CLARK, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>KETTLE FOODS HOLDINGS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 6:22-cv-00468-MK<br><br>STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE OR AWARD OF ATTORNEY FEES OR COSTS TO ANY PARTY |

Pursuant to FRCP 23(e) and 41(a)(1)(A), the parties, through their respective attorneys, hereby stipulate and agree that the above-entitled action should be dismissed in its entirety without prejudice and without award of attorney fees or costs to any party.

Pursuant to FRCP 23(e)(1), no notice should be provided to the proposed class. The defendant has not answered or otherwise responded to the complaint. No compensation or anything else is being provided to the plaintiffs or plaintiffs' counsel by the defendant in exchange for dismissing the action or anything else. This voluntarily dismissal does not limit the rights of the proposed class members and does not bind them to any judgment or resolution of their claims.

For these reasons, the parties respectfully request that the Court enter an order and judgment dismissing the action without prejudice, award of attorney fees or costs to any party, or requiring that notice be provided to the proposed class.

Pursuant to LR 11-1(b)(2), counsel signing below consent to their signatures on this submission.

Dated this 23rd day of August, 2022.

| STOLL STOLL BERNE LOKTING & SHLACHTER P.C. | PERKINS COIE LLP |
|---|---|
| s/ Cody Berne<br>**Keith S. Dubanevich,** OSB No. 975200<br>**Cody Berne**, OSB No. 142797<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840<br>Email:  kdubanevich@stollberne.com<br>           cberne@stollberne.com | s/ Julia Markley<br>**Julia Markley**, OSB No. 000791<br>1120 NW Couch, 10th Floor<br>Portland, OR 97209<br>Telephone:  (503) 727-2000<br>Facsimile:   (503) 727-2222<br>Email:   JMarkley@perkinscoie.com |

Page 1 -  STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE OR
               AWARD OF ATTORNEY FEES OR COSTS TO ANY PARTY

| | |
|---|---|
| and<br><br>**Steffan T. Keeton,** (*pro hac vice forthcoming*)<br>THE KEETON FIRM LLC<br>100 S Commons, Suite 102<br>Pittsburgh, PA 15212<br>Telephone:<br>   (888) 412-5291<br>Email: stkeeton@keetonfirm.com<br><br><br>*Attorneys for Plaintiffs and the Class* | and<br><br>**David T. Biderman** (*pro hac vice to be filed*)<br>DBiderman@perkinscoie.com<br>505 Howard Street, Suite 1000<br>San Francisco, California 94105<br>Telephone: +1.415.344.7000<br><br>and<br><br>**Charles C. Sipos** (*pro hac vice to be filed*)<br>CSipos@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br><br>*Attorneys for Defendant Kettle Foods Holdings, Inc.* |

Page 2 -  STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE OR
   AWARD OF ATTORNEY FEES OR COSTS TO ANY PARTY