IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS PRESSNELL *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KETTLE FOODS HOLDINGS, INC., <br><br> Defendant. | 6:22-cv-00468-MK <br><br> JUDGMENT |

Based on the Court's Order granting the parties' Stipulated Motion to Dismiss (ECF No. 18), IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice and without award of attorney fees or costs to any party.

Dated this 6th day of September 2022.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI (He/Him)<br>
United States Magistrate Judge